```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
NANCY RADFORD and KAYCE FARLAND, :
*on behalf of himself and all others similarly* :
*situated*, :
: 20-CV-2938 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
TOWN SPORTS INTERNATIONAL :
HOLDINGS, INC. AND TOWN SPORTS :
INTERNATIONAL, LLC, *d/b/a New York* :
*Sports Clubs, Boston Sports Clubs, Washington* :
*Sports Clubs, Philadelphia Sports Clubs, Lucille* :
*Roberts, Palm Beach Sports Clubs, Around the* :
*Clock Fitness, and Total Woman Gym and Spa*, :
:
Defendants. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

On July 20, 2020, Defendants filed a motion to dismiss the amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6). (Doc.27.)  Accordingly, it is hereby:

ORDERED that Plaintiffs shall serve any opposition to the motion to dismiss by August 19, 2020.  Defendants' reply, if any, shall be served by September 2, 2020.  At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: July 21, 2020
      New York, New York

Vernon S. Broderick
United States District Judge