UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
NANCY RADFORD and KAYCE :
FARLAND, :
:
                 Plaintiffs, :         20-CV-2938 (VSB)
:
     -against- :                **ORDER**
:
:
TOWN SPORTS INTERNATIONAL, LLC et :
al. :
:
                 Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On September 15, 2020, Defendants filed a notice of a related bankruptcy. (Doc. 36.) There have been no filings on this action's docket since then. In light of the time elapsed since there has been activity in this action, the parties are ORDERED to file a joint letter, by July 6, 2022, regarding the status of this action and whether the parties require any further intervention from the Court.

SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge