IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY RADFORD, KAYCEE FARLAND, and LINDSEY SPIERER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TOWN SPORTS INTERNATIONAL HOLDINGS, INC. and TOWN SPORTS INTERNATIONAL, LLC, d/b/a New York Sports Clubs, Boston Sports Clubs, Washington Sports Clubs, Philadelphia Sports Clubs, Lucille Roberts, Palm Beach Sports Clubs, Around the Clock Fitness, and Total Woman Gym and Spa. <br><br> Defendants. | Civil Action No. 20-cv-02938-(CM) <br><br><br><br> Honorable Vernon S. Broderick |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties. The Clerk is directed to close the file.

Dated: __July 7, 2022__

_____
Vernon S. Broderick
UNITED STATES DISTRICT JUDGE